

# Fourth Court of Appeals
## San Antonio, Texas

April 23, 2014

No. 04-14-00095-CR

Jesus **PADILLA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 394254
Honorable Wayne A. Christian, Judge Presiding

# O R D E R

Appellant filed his notice of appeal on January 28, 2014. The clerk's record was filed on February 11, 2014. The reporter's record was originally due on April 21, 2014. The court reporter has filed a notice of late reporter's record stating that the reporter's record has not been filed because appellant has failed to designate the reporter's record, and has failed to pay or make arrangements to pay the fee for preparing the reporter's record. TEX. R. APP. P. 34.6.

It is therefore ORDERED that appellant provide written proof to this court **within ten days** of the date of this order that the reporter's record has been designated and that either: (1) the fee for preparing the reporter's record has been paid or arrangements have been made to pay the fee; or (2) appellant is entitled to appeal without paying the reporter's fee. *See* TEX. R. APP. P. 35.3(b).

If appellant fails to respond within the time provided, appellant's brief will be due <u>within thirty (30) days</u> from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of April, 2014.



Keith E. Hottle
Clerk of Court